## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-01387-WJM-MDB

JUNIPER MCGINN,

      Plaintiff,

v.

EL PASO COUNTY, COLORADO, *et al.*,

      Defendants.

_____

## STIPULATION TO DISMISS PLAINTIFF'S SIXTH
## AND SEVENTH CLAIMS WITH PREJUDICE
_____

Pursuant to Fed. R. Civ. P. 41(a), the Parties respectfully stipulate to dismiss Plaintiff's

Sixth and Seventh Claims from this action with prejudice, each side to bear their own fees and

costs.

Respectfully submitted this 1st day of November 2022.

*s/ Andy McNulty*

_____

Andy McNulty
KILLMER, LANE & NEWMAN, LLP
1543 Champa Street, Suite 400
Denver, CO 80202
(303) 571-1000
(303) 571-1001 fax
amcnulty@kln-law.com

*Attorney for Plaintiff*

*s/ Steven Martyn*

_____

Nathan J. Whitney
Steven Martyn
El Paso County Attorney's Office
200 S. Cascade Ave.
Colorado Springs, CO 80903
(719) 520-6485 (Main Office Line)
(719) 520-7264 (Office)
nathanwhitney@elpasoco.com
stevenmartyn@elpasoco.com

*Attorney for Defendant Draper*

## CERTIFICATE OF SERVICE

I hereby certify that on November 1, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

KILLMER, LANE & NEWMAN, LLP

*s/ Andy McNulty*

_____

Andy McNulty