IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-01387-WJM-MDB

JUNIPER MCGINN,

    Plaintiff,

v.

EL PASO COUNTY, COLORADO, *et al.*,

    Defendants.

___

## JOINT NOTICE OF SETTLEMENT
___

The parties, by and through their respective counsel, hereby notify the Court that a settlement has been reached by the parties, and state as follows:

1. The parties have been negotiated bilaterally in anticipation of the settlement conference set for March 14, 2023, with Magistrate Judge Maritza Dominguez Braswell.

2. The parties have now reached a settlement of all claims conditioned on approval by the El Paso County Board of County Commissioners.

3. The parties anticipate being able to file dismissal paperwork within 30 days.

4. In light of the settlement reached, the parties request that this Court vacate the settlement conference set for March 14, 2023.

**WHEREFORE**, the parties respectfully notify this Court of the settlement reached in this matter.

DATED this 6th day of March 2023.

Respectfully submitted,

| *Andrew McNulty* | *Nathan Whitney* |
|---|---|
| Andrew McNulty | Nathan Whitney |

1

| | |
|---|---|
| Mari Newman<br>KILLMER, LANE & NEWMAN, LLP<br>1543 Champa Street, Suite 400<br>Denver, CO 80202<br>Phone: (303) 571-1000<br>Fax: (303) 571-1001<br>amcnulty@kln-law.com<br>mnewman@kln-law.com<br><br>*Counsel for Plaintiff* | Steven W. Martyn<br>El Paso County Attorney<br>200 S. Cascade Ave.<br>Colorado Springs, CO 80903<br>Phone: (719) 520-6458<br>nathanwhitney@elpasoco.com<br>stevenmartyn@elpasoco.com<br><br>*Counsel for El Paso County Defendants* |

2