IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-01387-WJM-MDB

JUNIPER MCGINN,

    Plaintiff,

v.

EL PASO COUNTY, COLORADO, *et al.*,

    Defendants.

---

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE
UNDER F.R.C.P. 41(a)(1)(A)(ii)**

---

The parties, through their respective counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this action with prejudice with each party to bear its own attorney fees and costs.

RESPECTFULLY SUBMITTED this 6th day of April 2023.

*s/Andy McNulty*

Andy McNulty
Mari Newman
1543 Champa St., Suite 400
Denver, CO 80202
(303) 571-1000 (Phone)
(303) 571-1001 (Fax)
AMcNulty@kln-law.com
MNewman@kln-law.com

*Attorneys for Plaintiff*

*s/ Nathan Whitney*

Nathan Whitney, #39002
First Assistant County Attorney
Steven W. Martyn, #47429
Assistant County Attorney
El Paso County Attorney's Office
200 S. Cascade Ave.
Colorado Springs, CO 80903
(719) 520-6597 (Whitney Office)
(719) 520-7386 (Martyn Office)
NathanWhitney@elpasoco.com
StevenMartyn@elpasoco.com

*Attorneys for El Paso County Defendants*